UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHERI SCHILLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CV No.:  6:20-cv-00080-SI<br><br>ORDER FOR EAJA FEES |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $8,454.88 and costs in the amount of $0.00, for a total of $8,454.88, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to her attorney.  If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

:::

IT IS SO ORDERED.

DATED this 6th day of July, 2021.

/s/ *Michael H. Simon*
MICHAEL H. SIMON
United States District Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com